## BRUETTE v. WARDEN OF MARYLAND HOUSE OF CORRECTION

[P. C. No. 10, September Term, 1958.]

*Decided May 13, 1959.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRES-COTT and HORNEY, JJ.

PER CURIAM.

This application for leave to appeal from a dismissal of the petition for review under the Post Conviction Procedure Act, Code (1958 Supp.), Art. 27, sec. 645A *et seq.*, after the appointment of counsel and hearing, is denied for the reasons stated in the opinion of the court below.